KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 498-8398

Attorney for Appellant
Javier Marquez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | USDC No. Cr.S. 06-306 JAM |
| ) | USCA No. 09-10115 |
| Plaintiff/Appellee, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JAVIER MARQUEZ, ) | |
| ) | |
| Defendant/Appellant. ) | |
| _____ ) | |

**GOOD CAUSE APPEARING** the court reporter is ordered to prepare a transcript of the hearing in the case which occurred on September 16, 2008, including the portion previously sealed by this Court. It is further ordered that the court reporter provide a copy of the of the entire transcript, including the sealed portion, to defendant/appellant's counsel, Krista Hart. It is further ordered that the sealed portion of the transcript remain sealed unless and until the defendant/appellant places the subject and details of the hearing at issue in the appeal.

DATED: April 27, 2009

*/s/ John A. Mendez*
The Honorable John A. Mendez
United States District Court Judge